### MILLER *v.* PERKERSON *et al.*

LUMPKIN, J. Under the pleadings and evidence, there was no error in refusing to grant an injunction in this case.

*Judgment affirmed. All the Justices concur.*

Submitted November 19,—Decided December 19, 1907.

Petition for injunction. Before Judge Gober. Cobb superior. court. September 7, 1907.

*H. B. Moss,* for plaintiff.

*D. W. Blair* and *R. N. Holland,* for defendants.